# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00509-CR

---

**Tania Smith, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY**
**NO. 23CCR05728, THE HONORABLE JOHN MICHAEL MISCHTIAN, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The State charged Tania Smith in district court cause number 23CCR05728 with the misdemeanor offense of false alarm or report. *See* Tex. Penal Code § 42.06(a). The State subsequently moved to dismiss the charge in the interest of justice, and the district court granted the motion. Smith has now filed a pro se notice of appeal from the district court's dismissal order.

"[A] defendant's right of appeal is a statutorily created right," and courts "cannot enlarge a defendant's legislatively granted right to appeal." *Bayless v. State*, 91 S.W.3d 801, 805 (Tex. Crim. App. 2002). Generally, a defendant in a criminal case may appeal only a final judgment of conviction. *See Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *see also* Tex. R. App. P. 26.2(a) (providing that defendant's notice of appeal must follow imposition of sentence or entering of appealable order); *Abbott v. State*, 271 S.W.3d 694, 697 n.8 (Tex. Crim.

App. 2008) (noting Court's prior recognition of "long-established rule that a defendant's general right to appeal under Article 44.02 'has always been limited to appeal' from a 'final judgment.'").

Because there is no final judgment in this case, we lack jurisdiction over Smith's appeal. *See Johnson v. State*, No. 01-18-01044-CR, 2019 WL 4019711, at *1 (Tex. App.—Houston [1st Dist.] Aug. 27, 2019, no pet.) (per curiam) (mem. op., not designated for publication) ("We do not have jurisdiction to consider an appeal of a dismissal order."); *Valencia v. State*, No. 05-06-01727-CR, 2007 WL 196449, at *1 (Tex. App.—Dallas Jan. 26, 2007, no pet.) (per curiam) (mem. op., not designated for publication) (dismissing appeal for lack of jurisdiction where record contained no judgment of conviction and thus nothing was presented for review).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed for Want of Jurisdiction

Filed: October 23, 2025

Do Not Publish

2